NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTIAN QUINTERO, )
)
    Appellant, )
)
v. ) Case No. 2D18-3643
)
STATE OF FLORIDA, )
)
    Appellee. )
_____ )

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender, and
Carly J. Robbins-Gilbert, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and MORRIS and SALARIO, JJ., Concur.